IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        vs.                     )
                                )
EDGAR CONTRERAS, et al.,        )
                                )
                Defendants.     )
_____)
                                )   No. A02-0100-CR (HRH)
This Order Pertains to:         )
                                )
EDGAR CONTRERAS      [D-01]     )
_____)
```

O R D E R

Continued Stay of Proceedings

     As required by this court's order of August 8, 2005,[1] the plaintiff has submitted a further status memorandum[2] in connection with plaintiff's Rule 35(b)(1) motion for reduction of sentence.[3] It appearing that additional time will be necessary for a full evaluation of the Rule 35 motion, it is hereby ordered that the stay

---

    [1]    Clerk's Docket No. 314.

    [2]    Clerk's Docket No. 315.

    [3]    Clerk's Docket No. 311.

of these proceedings be continued for an additional period. Plaintiff shall serve and file a further status report on or before June 30, 2006.

DATED at Anchorage, Alaska, this <u>23rd</u> day of January, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge