DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00100-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF ATTORNEY** |
| vs. | ) | **APPEARANCE** |
| | ) | |
| EDGAR CONTRERAS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

James Barkeley, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following

address:

    James Barkeley
    Assistant U.S. Attorney
    222 West 7th Avenue, Room 253, #9
    Anchorage, AK  99513-7567
    (907) 271-5071
    Fax: (907) 271-1500
    E-mail: jim.barkeley@usdoj.gov

    RESPECTFULLY SUBMITTED on this 1st day of February, 2006, in

Anchorage, Alaska.

                        DEBORAH M. SMITH
                        Acting United States Attorney

                        s/ James Barkeley
                        Assistant U.S. Attorney
                        222 West 7th Ave., #9, Rm. 253
                        Anchorage, AK 99513-7567
                        Phone: (907) 271-3699
                        Fax: (907) 271-1500
                        E-mail: jim.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 1, 2006
a copy of the foregoing was served
via electronic notice:

David Arganian
645 G Street, Ste. 720
Anchorage, AK

Scott Engelhard
119 1st Ave., South, Ste. 320
Seattle, WA 98104

Darryl L. Jones
109 W. 6th Ave., #200
Anchorage, AK

s/ James Barkeley

**U.S. v. CONTRERAS**
3:02-cr-0100-HRH               2