DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071 - phone
(907) 271-1500 - fax
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-100-1-HRH |
| | ) | |
| Plaintiff, | ) | NOTICE TO DISCONTINUE |
| | ) | ELECTRONIC SERVICE |
| vs. | ) | |
| | ) | |
| EDGAR CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Thomas C. Bradley, Asst. U.S. Attorney. Assistant U.S. Attorney James Barkeley, is the lead attorney in this matter.

RESPECTFULLY submitted this 1st day of February, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH  
Acting United States Attorney

s/ Thomas C. Bradley  
Assistant U. S. Attorney  
222 West 7th Ave., #9, Rm. 253  
Anchorage, AK 99513-7567  
Phone: (907) 271-5071  
Fax: (907) 271-1500  
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006,
a copy of the foregoing Notice to Discontinue
Electronic Service was served
electronically on Scott J. Engelhard

and by U S Mail on:

David G. Arganian
645 G Street, Suite 720
Anchorage, AK 99501

Darryl L. Jones
Law Office of Darryl L. Jones
109 West 6th Avenue, Suite 200
Anchorage, AK 99501


s/ Thomas C. Bradley