DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00100-1-HRH |
| Plaintiff, | ) | |
| | ) | STATUS REPORT |
| vs. | ) | |
| EDGAR CONTRERAS, | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, by and through counsel, and hereby files a status report in this matter, at the Court's direction.

The undersigned has had no response to e-mails sent to the Western District of New York (Rochester Satellite Office) inquiring about the status of defendant

Contreras' cooperation. Defense counsel made an inquiry as long ago as June 6, 2006.

The undersigned has nothing further to report at this time. Counsel for the parties still hope (and indeed expect) that sentencing will take place no later than January 2007. The undersigned has emphasized the need for further information, as soon as possible, to the appropriate AUSA in Rochester, N.Y., who has agreed to be available for a teleconference with the undersigned and Mr. Engelhard. The parties intend to discuss the degree and extent of Rule 35 relief likely to be offered to Mr. Contreras. When further information is received, it will be filed immediately. The undersigned apologizes for any inconvenience.

RESPECTFULLY SUBMITTED this  12th  day of July, 2006, at Anchorage, Alaska.

                                            DEBORAH M. SMITH
                                            Acting United States Attorney

                                            s/ James Barkeley
                                            JAMES BARKELEY
                                            Assistant U.S. Attorney
                                            222 W. 7th Avenue, #9, Room 253
                                            Anchorage, AK 99513-7567
                                            Phone: (907) 271-3699
                                            Fax: (907) 271-1500
                                            Email: jim.barkeley@usdoj.gov
                                            Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, a copy of the foregoing was served electronically on:

Scott Engelhard
119 First Avenue South
Seattle, WA 98104
Telephone No. (206) 749-0117
Facsimile No. (425) 671-0298

s/ James Barkeley

U.S. v. CONTRERAS
3:02-cr-00100-1-HRH