IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                   Plaintiff,     )
                                  )
        vs.                       )
                                  )
EDGAR CONTRERAS, et al.,          )
                                  )
                   Defendants.    )
_____    )
                                  )   No. 3:02cr0100-HRH
This Order Pertains to:           )
                                  )
EDGAR CONTRERAS       [D-01]      )
_____    )
```

O R D E R

Case Status

      The court is in receipt of the Government's status report of July 12, 2006.[1]

      The continuances of sentencing in this case have gone on for far too long. The court insists that counsel for the Government (and, if necessary, the Acting United States Attorney) be in immediate contact with the United States Attorney's office in Rochester, New York, for purposes of providing the court with a more satisfactory explanation of what is going on in this and the related New York case.

---

    [1]    Clerk's Docket No. 353.

- 1 -

      The Government will please file a further status report on or before August 3, 2006.

      DATED at Anchorage, Alaska, this <u>24th</u> day of July, 2006.

                              <u>/s/ H. Russel Holland</u>
                              United States District Judge