NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Thomas.Bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO CRUZAGOSTO et al.,<br><br>Defendants. | ) Case No. 3:02-cr-00100-HRH<br>)<br>)<br>) MOTION TO UNSEAL<br>) JUDGMENTS AND RESPONSE TO<br>) MOTION FOR DISCLOSURE<br>)<br>)<br>)<br>)<br>) |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this court for an order unsealing the judgments in the above-referenced case for all defendants.

At docket 390 defendant moved for an order to unseal the judgments and for the government to provide them two weeks prior to defendant's October 23, 2008 resentencing hearing. The United States would have been unopposed to the defendant's motion had undersigned counsel been contacted prior to its filing.

The United States respectfully requests that the Court unseal the judgments of all defendants in this case and grant defendant's motion at docket 390.

RESPECTFULLY SUBMITTED this 17th day of September, 2008, in Anchorage, Alaska.

                                         NELSON P. COHEN
                                         United States Attorney

                                         s/ Thomas C. Bradley
                                         THOMAS C. BRADLEY
                                         Assistant U.S. Attorney
                                         Federal Building & U.S. Courthouse
                                         222 West Seventh Avenue, #9
                                         Anchorage, Alaska  99513-7567
                                         (907) 271-5071
                                         (907) 271-1500 (fax)
                                         Thomas.Bradley@usdoj.gov

I declare under penalty of perjury that a true and
correct copy of the foregoing was sent to the
following counsel of record on September 17, 2008, via ECF:

Robert Leen

Executed at Anchorage, Alaska, on September 17, 2008.

s/Thomas C. Bradley