IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00100-HRH |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICARDO CRUZAGOSTO et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the Motion to Unseal Judgments, filed by the United States, in the above-captioned matter, IT IS HEREBY ORDERED that judgments for all defendant's in the above-captioned case are unsealed.

**IT IS SO ORDERED**.

DATED this _____ of September, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE