NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-cr-00100-HRH |
| Plaintiff, | ) <u>NOTICE OF ATTORNEY APPEARANCE</u> |
| vs. | ) |
| RICARDO CRUZAGOSTO et al., | ) |
| Defendants. | ) |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Thomas C. Bradley now appears as co-counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should additionally be sent to:

THOMAS C. BRADLEY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

    RESPECTFULLY SUBMITTED this 18th day of July, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2008
a copy of the foregoing Notice of Attorney Appearance
was served electronically on:

Robert Leen

s/ Thomas C. Bradley